JS-6

Thiago M. Coelho (SBN 324715)
thiago.coelho@wilshirelawfirm.com
Rachel J. Vinson (SBN 331434)
rachel.vinson@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALEAH KATELAN BUTCHER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26−cv−04009−PA BFM<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: March 11, 2026<br>Trial Date:        None Set |

[PROPOSED] ORDER

The Court, having reviewed the Parties' stipulation of dismissal and good cause appearing, orders as follows:

1.  The action is DISMISSED in its entirety.

2.  Plaintiff's claims are dismissed without prejudice.

3.  The claims of any absent putative class members are dismissed without prejudice.

4.  Each Party shall bear its own attorneys' fees and costs.

5.  The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

Dated: May 15, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER